

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00398-CV

**IN THE INTEREST OF J.E.J.H.**, a Child

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 17-06-0564-CVA
Honorable Melissa DeGerolami, Judge Presiding

Opinion by: Luz Elena D. Chapa, Justice

Sitting: Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: November 13, 2019

AFFIRMED

This is an appeal from an order terminating appellant's parental rights to his child, J.E.J.H. Appellant's court-appointed counsel filed a brief concluding there are no arguable grounds to be raised on appeal and that the appeal is wholly frivolous. *See In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (recognizing *Anders* procedures apply in parental termination cases).[1] This court issued an order setting a deadline for appellant to file a pro se brief; however, appellant did not request the record or file a pro se brief. Having reviewed the record and counsel's brief, we agree there are no arguable grounds to be raised on appeal. We therefore affirm the trial court's order.

Luz Elena D. Chapa, Justice

---

[1] Counsel did not file a motion to withdraw in this court, but filed a letter that was determined to be sufficient to comply with counsel's obligations under *Anders*.